**Order entered September 7, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00726-CR

**CHAD ERIC SLOAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 17-10089-86-F**

## ORDER

On August 22, 2018, court reporter Elizabeth Woods filed the six-volume reporter's record in this appeal. Missing from the record is State's Exhibit #1, labeled "Car Camera Video" which was admitted and published at trial. We **ORDER** court reporter Elizabeth Woods to file a supplemental reporter's record containing a true and correct copy of State's Exhibit #1, "Car Camera Video," within **TEN DAYS** of the date of this order. We **DIRECT** the Clerk to send copies of this order to the Honorable Casey Blair, Presiding Judge, 86th Judicial District Court; Elizabeth Woods, official court reporter for the 86th Judicial District Court; and counsel for all parties.


      /s/     LANA MYERS
               JUSTICE